IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>WILLIAM J. SANDER<br>REVENUE OFFICER of the<br>INTERNAL REVENUE SERVICE,<br><br>    Petitioner,<br><br>v.<br><br>ERNEST TURNER,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:10-cv-00914<br>JUDGE NIXON |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that the United States of America and William J. Sander, Revenue Officer of the Internal Revenue Service, hereby voluntarily dismisses the above-entitled action without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and hereby requests that the hearing currently scheduled for December 2, 2010, at 10:30 a.m. be cancelled.

    Respectfully submitted,

    JERRY E. MARTIN
    United States Attorney
    Middle District of Tennessee

By:    s/ Steve Jordan
    STEVE JORDAN, B.P.R. #013291
    Assistant U.S. Attorney
    110 Ninth Avenue South, Suite A-961
    Nashville, Tennessee 37203
    Telephone: (615) 736-5151
    Facsimile: (615) 736-5323
    steve.jordan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2010, a copy of the foregoing NOTICE OF DISMISSAL was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by regular U.S. mail, postage-prepaid, to:

Ernest A. Turner
3056 Horn Springs Road
Lebanon, Tennessee 37087-1953

                                                      s/ Steve Jordan
                                                      STEVE JORDAN
                                                      Assistant United States Attorney