IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br> WILLIAM J. SANDER <br> REVENUE OFFICER of the <br> INTERNAL REVENUE SERVICE, <br><br> Petitioner, <br><br> v. <br><br> ERNEST TURNER, <br><br> Respondent. | CIVIL ACTION NO. 3:10-cv-00914 <br> JUDGE NIXON |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that the United States of America and William J. Sander, Revenue Officer of the Internal Revenue Service, hereby voluntarily dismisses the above-entitled action without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and hereby requests that the hearing currently scheduled for December 2, 2010, at 10:30 a.m. be cancelled.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

So Ordered

By: s/ Steve Jordan
STEVE JORDAN, B.P.R. #013291
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Facsimile: (615) 736-5323
steve.jordan@usdoj.gov